The petition for the writ of certiorari is quashed. SeeState of Alabama ex rel. Ohio v. E.B.M.,718 So.2d 669, 671 (Ala. 1998); Wofford v. Safeway Ins. Co. ofAlabama, 624 So.2d 555, 559 (Ala. 1993); and Pate v.State, 601 So.2d 210, 213 (Ala.Crim.App. 1992). Our quashing of the writ should not be construed as approving all the language, reasons, or statements of law in the Court of Criminal Appeals' opinion, including its discussion of Statev. McDevitt, 484 So.2d 543 (Ala.Crim.App. 1985). SeeHorsley v. Horsley, 291 Ala. 782, 280 So.2d 155
(1973).
 WRIT QUASHED. *Page 96 
NABERS, C.J., and SEE, LYONS, HARWOOD, WOODALL, STUART, BOLIN, and PARKER, JJ., concur.